**United States Department of State**

*Washington, D.C. 20520*

**November 8, 2022**

## CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING UNKNOWN GO-FAST VESSEL (TWON) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) — 2022759122

I, Commander Ian M. Starr, USCG, declare and certify as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since June 13, 2022;

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) and (d)(2) and 18 U.S.C. § 2237(d);

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties and that, under penalty of perjury, they are true and correct;

4. That on or about September 26, 2022, U.S. law enforcement personnel detected a go-fast vessel in approximate position 18-48 N, 067-50 W, seaward of any State's territorial sea. U.S. law enforcement officials observed the go-fast vessel with fuel barrels and packages visible on deck. Upon approach, U.S. law enforcement officials observed persons onboard the go-fast vessel jettisoning packages overboard. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking. U.S. law enforcement employed warning shots, which failed to compel the go-fast operator to stop the vessel. U.S. law enforcement then employed one round of disabling fire, which was also ineffective in stopping the vessel. During the pursuit, the operator of the go-fast vessel rammed the U.S. law enforcement vessel and injured one U.S. law enforcement official. U.S. law enforcement ultimately employed three additional rounds of disabling fire that effectively stopped the vessel. The vessel displayed no indicia of nationality, but the master made a verbal claim of Dominican Republic nationality for the vessel;

5. That on or about September 26, 2022, under paragraph 10 of the Agreement between the Government of the United States of America and the Government of the Dominican Republic Concerning Maritime Counter Drug Operations, the Government of the United States requested that the Government of the Dominican Republic confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel;

6. That on or about September 26, 2022, the Government of the Dominican Republic denied registry of the vessel;

7. That during the course of the law enforcement boarding of the suspect go-fast vessel, U.S. law enforcement officials discovered no additional evidence of vessel nationality or registry to corroborate or contradict the master's verbal claim of Dominican Republic nationality for the vessel;

8. That, accordingly, the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1) and 18 U.S.C. § 2237(e)(3);

9. That U.S. law enforcement officials recovered approximately 327 kilograms of contraband, which tested positive as suspected cocaine.

Executed on November 8, 2022.

*[signature]*

Ian M. Starr
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State

23005718-6

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That Ian M. Starr, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Commander, U.S. Coast Guard, Maritime Law Enforcement Officer, U.S. Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eighth day of November, 2022.

Issued pursuant to CHXIV, Sept. 15, 1789, 1 Stat. 68-69; 5 USC 17; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443; RULE 44 Federal Rules of Civil Procedure.

*Antony J Blinken*
Secretary of State

By *M. Daley*
Assistant Authentication Officer,
Department of State